UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHARLES W. BAKER and
AMY M. BAKER                                                                                          PLAINTIFFS

VERSUS                                                            CIVIL ACTION NO. 1:08CV649-LTS-RHW

NATIONWIDE MUTUAL FIRE INSURANCE COMPANY                                DEFENDANT

### ORDER STAYING RESPONSES TO SUBPOENAS

Before the Court are Defendant's [39, 40, 41, 42] Motions to Quash Subpoenas. Defendant argues that the subpoenas are defective. The motions were filed on July 29 and 30, 2009. The Court finds that the responses to the subpoenas shall be stayed pending complete briefing and a ruling on the Motions to Quash.

SO ORDERED, this the 30th day of July, 2009.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE