IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHARLES W. AND AMY W. BAKER**                                                                **PLAINTIFFS**

**VS.**                                                              **CIVIL ACTION NO. 1:08CV649-LTS-RHW**

**NATIONWIDE MUTAL FIRE
INSURANCE COMPANY**                                                                                **DEFENDANT**

**NOTICE OF DEPOSITIONS**

**TO:
Janet McMurtray
Hall Bailey
Watkins Ludlam Winter & Stennis, P.A.
P.O. Box 427
Jackson, MS 39205
601-949-4816
Email: jmcmurtray@watkinsludlam.com
         hbailey@watkinsludlam.com**

NOTICE IS HEREBY given that the Plaintiffs will take the depositions of the investigator who made the inspection of the Baker property and made the determination of damages, as well as, Warren Goff, Pascagoula, Mississippi, Fred Huetis, Robert "Andy" Brodie, Jr., and the 30(b)(6) representative of Nationwide who knowledgeable in the following areas attached hereto as Exhibit "A" at 9:30 a.m. at the Watkins Ludlam office in Gulfport, Mississippi, on the 1st day of February, 2010, or some other dates or place agreeable within the discovery period by stenographic means and will continue from day to day until completed.

You are invited to attend and participate in accordance to the Federal Rules of Procedure.

This the 20th day of January, 2010.

Respectfully submitted,
CHARLES W. AND AMY W. BAKER,
Plaintiffs

BY: s/s Chuck McRae
CHUCK McRAE, MSB #2804

CHUCK McRAE, MSB #2804
416 EAST AMITE STREET
JACKSON, MS
601.944.1008
866.236.7731
e-mail: chuck@msjustice.net

### CERTIFICATE OF SERVICE

I, Chuck McRae, do hereby certify that I have this the 20TH day of January, 2010 a true and correct copy of the above and foregoing to the following:

**Janet McMurtray**
**Hall Bailey**
**Watkins Ludlam Winter & Stennis, P.A.**
**P.O. Box 427**
**Jackson, MS 39205**
**601-949-4816**
**Fax: 601-949-4804**
**Email: jmcmurtray@watkinsludlam.com**

[ ]  Via U.S. Mail, Regular Delivery
     Postage Prepaid
[ ]  Via Hand Delivery
[ ]  Via Facsimile
[X]  Via Email

_____
CHUCK McRAE, MSB #2804
416 AMITE STREET
JACKSON, MS  39201
601.944.1008
866.236.7731

2